Ronald E. SMITH, et al., Appellants,

v.

**CITY OF GLADSTONE,
Mo., Respondent.**

**No. WD 48464.**

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

Joseph Decuyper, Kansas City, for appellants.

Richard Bien, Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM.

Plaintiffs appeal the trial court's order denying injunctive relief which they had sought to prevent the City of Gladstone from demolishing their commercial building.

Judgment affirmed. Rule 84.16(b).